# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Senior Airman JUSTIN M. TWISS
## United States Air Force

## ACM 38695

## 4 June 2015

Sentence adjudged 25 August 2014 by GCM convened at Joint Base Elmendorf-Richardson, Alaska. Military Judge: Todd E. McDowell (sitting alone).

Approved Sentence: Dishonorable discharge, confinement for 16 months, total forfeitures of all pay and allowances, and reduction to E-1.

Appellate Counsel for the Appellant: Captain Johnathan D. Legg.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

MITCHELL, WEBER, and CONTOVEROS
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court